UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Eldar Z. Veliev,

    Petitioner

v.                                      Case No. 2:12-cv-346

Warden Chillicothe Correctional        JUDGE MICHAEL H. WATSON
Institution,                               Magistrate Judge Kemp

    Respondent.

## ORDER

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on April 15, 2013. The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. This action will be **DISMISSED WITHOUT PREJUDICE** as unexhausted unless, within 21 days, petitioner deletes his unexhausted claim from the petition and elects to proceed on his exhausted claim.

**IT IS SO ORDERED.**

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT